IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ALLENBERG COTTON CO.** **PLAINTIFF**

**V.** **CIVIL ACTION NO. 4:07-CV-123-SA-DAS**

**STAPLE COTTON COOPERATIVE**
**ASSOCIATION** **DEFENDANT**

## ORDER

Pursuant to an opinion to be issued this day, it is hereby ordered that:

(1) Summary judgment in favor of the Defendant is **GRANTED**.

(2) Therefore, this case is **CLOSED**.

**SO ORDERED** this the 9th day of June, 2009.

/s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**